IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KEVIN JEROME JONES | ) | |
| (TDCJ No. 1169005), | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | |
| V. | ) | 3:20-CV-706-G |
| | ) | |
| SGT. COUKSEY, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. On April 14, 2020, the petitioner filed a document that the court liberally construes as an objection. The objection failed to identify the specific finding or recommendation to which the objection was made, state the basis for the objection, and specify the place in the Magistrate Judge's findings, conclusions, and recommendation where the disputed determination was found. Thus, the District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED**.

April 22, 2020.

                                                              */s/ A. Joe Fish*

                                                              **A. JOE FISH**
                                                              **Senior United States District Judge**